UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIE SCOTT,<br><br>                              Petitioner,<br><br>          -against-<br><br>WARDEN MRS. CARTER,<br><br>                              Respondent. | 22-CV-10705<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 24, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 24, 2023
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge